AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

6600 Federal Boulevard Denver, Colorado 80221, more fully described in Attachment A

) ) ) ) ) )

Case No. 25-sw-00117-NRN

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the <u>State and</u> District of <u>Colorado</u> *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

**YOU ARE COMMANDED** to execute this warrant on or before <u>February 7, 2025</u> *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to

<u>    N. Reid Neureiter    </u>.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30).*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  01/24/2025, 4:37 pm                    *(signature)* N. Reid Neureiter
                                                              *Judge's signature*

City and state:  Denver, CO                     N. Reid Neureiter
                                                United States Magistrate Judge
                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MK-25-0019 | Date and time warrant executed: 01/26/2025 @ 0500 | Copy of warrant and inventory left with: At the property on the table |
| Inventory made in the presence of : ███████████████████████, | | |
| Inventory of the property taken and name of any person(s) seized: 3 firearms Cocaine Crack cocaine Tusi 1 cell phone 1 Bitcoin ATM Various plastic baggies | | |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:23 pm, Feb 11, 2025*
**JEFFREY P. COLWELL, CLERK**

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/11/2025

Digitally signed by ███████
Date: 2025.02.11 11:21:53 -07'00'

*Executing officer's signature*

*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The premises to be searched is located at 6600 Federal Boulevard, Denver, Colorado 80221. This location is a one-story business with a basement. The building is a gray with a white door on the front. The side of the business has a plastic gate which is used to allow vehicles to the back of the business. The rear of the business has a wooden deck. This deck and the back door is the main door used by all persons entering or leaving the club. The premises is a warehouse style building with two bars within the building.

The premises is pictured below:



## ATTACHMENT B

*Particular things to be seized*

Any items that are evidence, fruits and instrumentalities of violations of: 21 U.S.C. § 841, Distribution and Possession with Intent to Distribute a Controlled Substance) (the "Subject Offense"). Documentary evidence (as further described herein) will be seized only if such documents facially constitute evidence of the Subject Offense, or if they are pertinent to investigative time period of May 1, 2024, through the present.

8. Illegal drugs including, but not limited to, methamphetamine, cocaine, MDMA, LSD, and fentanyl pills. Items to be seized also include paraphernalia commonly associated with the use, packaging for sale or transportation of narcotics consisting in part of and including, but not limited to: paper and plastic bindles, plastic bags and/or baggies, labels, scales and other weighing devices, measuring devices, pipes, and containers commonly associated with the storage and use of controlled substances.

9. Any documents related to or used to assist in the procurement or distribution of controlled substances, including notes, customer lists, supplier lists, correspondence, and ledgers.

10. Cash, currency, jewelry, financial instruments, and/or records relating to the laundering, secreting, and/or distribution of monies related to the proceeds of procuring or distributing of controlled substances, and any and all financial documents and records which may be evidence of financial transactions relating to obtaining, transferring, laundering, secreting, or spending the proceeds of the sale of controlled substances.

11. Photographs showing controlled substances or firearms and people in possession of controlled substances or firearms.

12. Cash counting devices.

13. Weapons, firearms, ammunition, and related accessories as well as other destructive devices which may be used to provide protection of the narcotics trafficking operation, its members and/or assets.

14. Investigators are authorized to document the areas to be searched with photographs and video recordings.